IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Alex Tria and Jesus Tria, <br> on behalf of themselves and all others <br> similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Fuji Sushi Bar & Grill of SC, LLC, <br> d/b/a Fuji Sushi Bar & Grill, and <br> Qin Jiang, individually, <br><br> Defendants. | Civil Action No. 2:20-4462-RMG <br><br> **ORDER** |

Before the Court is Plaintiffs and Defendants' joint motion for approval of a settlement agreement. (Dkt. No. 20.)

This is a putative class action, brought pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq.*, in which Plaintiffs allege that Defendants failed to pay proper overtime wages to themselves and others similarly situated. (Dkt. No. 6.) Plaintiffs did not move to conditionally certify a class. The parties engaged in extensive discovery and have reached a settlement of the claims of Plaintiffs Alex Tria and Jesus Tria. The parties here present their Settlement Agreement for judicial approval because Plaintiffs have agreed to waive any and all prior claims under the FLSA. *See, e.g.*, *Taylor v. Progress Energy, Inc.*, 493 F.3d 454, 460 (4th Cir. 2007) ("For example, under the FLSA, a labor standards law, there is a judicial prohibition against the unsupervised waiver or settlement of claims."). (Dkt. No. 20-1 ¶ 1.)

The Court has reviewed the parties' Settlement Agreement. (Dkt. No. 20-1.) Upon careful consideration of the Settlement Agreement's terms, as well as all other relevant filings and

pleadings in this case, the Court finds that that the terms set forth in the Settlement Agreement represent a fair and reasonable resolution of a *bona fide* dispute.

The Court **HEREBY ORDERS**:

1. The Settlement Agreement is approved in its entirety as a fair and reasonable resolution of the parties' bona fide dispute.

2. This action is dismissed with prejudice.

3. The Court retains jurisdiction to enforce the terms of the parties' Agreement.

The joint motion for approval of the settlement agreement (Dkt. No. 20) is **GRANTED**.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel  
Richard Mark Gergel  
United States District Judge

January 11, 2022  
Charleston, South Carolina